MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone:   (510) 523-4702
Facsimile:    (510)747-1640

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>     v.<br><br>CAROL STUART<br>aka CAROL C. STUART<br>aka CAROL D. STUART<br>aka CAROL E. CRUSE<br>aka CAROL CRUSE,<br><br>          Defendant.<br>_____/ | NO. CV15-03547 SLM<br><br>**JUDGMENT ON DEFAULT** |

In the above entitled action, the defendant CAROL STUART aka CAROL C. STUART aka CAROL D. STUART aka CAROL E. CRUSE aka CAROL CRUSE having been duly served with the Summons and a copy of the Complaint in the action, and the defendant having failed to appear, answer, plead, or otherwise defend in the action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against the defendant is for a sum certain and for interest which can by computation be made certain and for costs; and it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Service Members Civil Relief Act [50

1  U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940),
2  or otherwise entitled to the benefits of said Act, and praying that Judgment  be entered
3  herein.
4         NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
5         IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
6  and from the defendant, CAROL STUART aka CAROL C. STUART aka CAROL D.
7  STUART aka CAROL E. CRUSE aka CAROL CRUSE, the sum of $8,808.19 as principal,
8  interest, attorney fees, and costs, plus interest in the amount of $0.56 per day from
9  September 8, 2015, to the date of entry of the judgment, plus post judgment interest
10 thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec.
11 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec
12 1961(b), and judgment is herewith entered accordingly.

14 JUDGMENT ENTERED:   9/9/2015



SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk    Mark Romyn

JUDGMENT ON DEFAULT                                                                                                     2